IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CURTIS W. ACTON, derivatively on behalf of nominal defendant TierOne Corporation, | ) ) ) ) | 4:10CV3104 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| JAMES A. LAPHEN, GILBERT G. LUNDSTROM, MICHAEL FALBO, CHARLES W. HOSKINS, CAMPBELL R. MCCONNELL, JOYCE PERSON POCRAS, SAMUEL BAIRD, JAMES MCCLURG, JAMES STRAND, and TIERONE CORPORATION, nominal defendant, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendant Gilbert G. Lundstrom has filed a suggestion of bankruptcy (filing 10) stating that TierOne Corporation filed for Chapter 7 bankruptcy protection on June 24, 2010, in the United States Bankruptcy Court for the District of Nebraska, Case No. BK10-41974. Based on such filing,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 8th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge